UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND; IRON
WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS' LOCAL NO.
25 VACATION PAY FUND; IRON WORKERS'
DEFINED CONTRIBUTION PENSION FUND;
and IRON WORKERS' APPRENTICESHIP
FUND OF EASTERN MICHIGAN,

Case Number 18-11322
Honorable David M. Lawson

   Plaintiffs,
v.

CONTINENTAL INDUSTRIAL SERVICES
& SUPPLY INC., and JAMES P. FORAN,

   Defendants.
_____/

## CONSENT JUDGMENT

Pursuant to the consent of the parties,

It is **ORDERED AND ADJUDGED** that the plaintiffs shall recover of the defendants, jointly and severally, damages in the amount of $32,907.27.

It is further **ORDERED AND ADJUDGED** that the plaintiffs shall not take any action on this judgment for 30 days from the date of entry.

It is further **ORDERED AND ADJUDGED** that if this judgment is not satisfied in full within 30 days after the date of entry, then the plaintiffs may proceed to execute on the judgment and pursue further relief under 29 U.S.C. § 1132(g)(2).

It is further **ORDERED AND ADJUDGED** that if this judgment is satisfied within 30 days after the date of entry, then the plaintiffs promptly shall file a satisfaction of judgment.

It is further **ORDERED AND ADJUDGED** that the Court shall retain jurisdiction to enforce the terms of this consent judgment.

- 2 -

                                s/David M. Lawson
                                DAVID M. LAWSON
                                United States District Judge

Date:   November 5, 2018

Consented to by:

s/David J. Selwocki
Attorney for the Plaintiffs
Sullivan & Ward
25800 Northwestern Highway, Suite 1000
Southfield, MI 48075

s/Raymond J. Salloum
Attorney for the Defendants
Raymond Salloum Assoc.
3670 Woodward Avenue, Suite 209
Bloomfield Hills, MI 48304

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 5, 2018.

                            s/Susan K. Pinkowski
                            SUSAN K. PINKOWSKI